IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| SETH HARVEY SPEED, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. CIV-18-962-R |
| | ) | |
| JANET DOWLING, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

This matter is before the Court on the Report and Recommendation entered by Magistrate Judge Gary M. Purcell on October 2, 2018. Doc. No. 5. Judge Purcell recommended that Petitioner's motion for leave to proceed in forma pauperis be denied and Petitioner ordered to pay the full filing fee of $5.00 by October 22, 2018. On October 10, 2018, the Court received Petitioner's filing fee. Therefore, the undersigned ADOPTS the Report and Recommendation, denies the Motion for Leave to Proceed in Forma Pauperis as moot, and re-refers this matter to Magistrate Judge Gary M. Purcell for further proceedings consistent with the original referral entered herein.

IT IS SO ORDERED this 11th day of October 2018.

_____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE